SEALED FILED

JUL 25 2019

CLERK, U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

1  McGREGOR W. SCOTT
   United States Attorney
2  JUSTIN J. GILIO
   Assistant United States Attorney
3  2500 Tulare St., Room 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000

5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | CASE NO. 1:19 SW 00240 EPG |
|---|---|
| THE UNDEVELOPED AREA IN SEQUOIA NATIONAL FOREST FRESNO COUNTY, WITHIN THE APPROXIMATE GPS COORDINATES OF N 36 42.565 W 119 03.542 AND ANY SATELLITE SITES. | ORDER FOR DESTRUCTION OF BULK MARIJUANA SEIZURE |

The United States of America having applied to this Court for an order permitting its agents to destroy any bulk marijuana seized in connection with the execution of the search warrant in this matter pursuant to duly authorized search warrants, and good cause appearing therefor,

IT IS HEREBY ORDERED that the U.S. Forest Service and other investigative agencies involved in the investigation of this matter are authorized to destroy any bulk marijuana plants seized in this case after they are counted and, if possible, weighed, after the entire cultivation site is photographed and/or videotaped, and after a representative sample consisting of no more than three kilograms and a sample aggregate portion of the whole amount is retained for chemical testing.

Dated: July 24, 2019

Eric P. Grosjean
U.S. MAGISTRATE JUDGE

Destruction Order                        1